1
2
3                                          **JS-6**
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
| KIMBERLY R., [1] | Case No. 2:24-cv-01724-MAA |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHELLE KING, Acting Commissioner of Social Security,[2] | |
| Defendant. | |

17        In accordance with the Memorandum Decision and Order Affirming Decision

18   of the Commissioner filed herewith, IT IS HEREBY ADJUDGED that the decision

19   of the Commissioner of Social Security is affirmed and this matter is dismissed with

20   prejudice.

21

22   DATED: 2/5/2025                    _____

23                                      HONORABLE MARIA A. AUDERO
                                        UNITED STATES MAGISTRATE JUDGE
24   _____

25   [1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil
     Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
26   Administration and Case Management of the Judicial Conference of the United
     States.
27   [2] Pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes Acting
28   Commissioner Michelle King for former Commissioner Martin O'Malley.